# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2021

163020

LYNETTE HATHON, AMY JO DENKINS,
and all others similarly situated in the
Counties of Keweenaw, Luce, Iosco, Mecosta,
Clinton, Shiawassee, Livingston, and Branch,
             Plaintiffs-Appellants,

v

STATE OF MICHIGAN,
             Defendant-Appellee.

_____/

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 163020
COA: 356850
Court of Claims: 19-000023-MZ

      On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the question presented should be reviewed by this Court before consideration by the Court of Appeals.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2021



Clerk

p0608